SKAGGS ET AL., APPELLEES, *v.* LIMA MEMORIAL HOSPITAL ET AL., APPELLANTS.

[Cite as *Skaggs v. Lima Memorial Hosp.* (1991), 62 Ohio St.3d 296.]

(No. 90–2108—Submitted November 20, 1991—Decided December 24, 1991.)

*Wolske & Blue, Michael S. Miller* and *Gerald S. Leesberg,* for appellees.

*Oxley, Malone, Fitzgerald & Hollister, Michael J. Malone* and *Julie A. Davenport,* for appellant Lima Memorial Hospital.

*Gooding, Huffman, Kelley & Becker, Lawrence S. Huffman* and *Matthew C. Huffman,* for appellant James L. Kahn, M.D.

*Steven J. Hupp; Jacobson, Maynard, Tuschman & Kalur, James M. Tuschman* and *Nancy D. Moody,* for appellant Panathur S.G. Reddy, M.D.

*Maloon, Maloon & Barclay Co., L.P.A.,* and *Jeffrey L. Maloon,* urging affirmance for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Bricker & Eckler, James J. Hughes, Jr., Richard S. Lovering* and *Bernadette J. Bollas,* urging reversal for *amicus curiae,* Ohio Hospital Association.

---

The cause is affirmed on authority of *Muze v. Mayfield* (1991), 61 Ohio St.3d 173, 573 N.E.2d 1078, and *Benda v. Fana* (1967), 10 Ohio St.2d 259, 39 O.O.2d 410, 227 N.E.2d 197, paragraph one of the syllabus.

MOYER, C.J., SWEENEY, STRAUSBAUGH, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DEAN STRAUSBAUGH, J., of the Tenth Appellate District, sitting for HOLMES, J.